IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13CV13

| | |
|---|---|
| LEE S. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| TRANS UNION LLC, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court upon its own motion. The *pro se* Plaintiff filed his original Complaint on January 8, 2013 alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1951(a)(1). Along with the Complaint, Plaintiff submitted an application for IFP status. In an Order entered on January 16, 2013, the Court found that Plaintiff's application contained false statements. Rather than dismissing his Complaint, the Court gave Plaintiff twenty days in which to submit proof of his income and expenses, or lack thereof, and to show cause why the Complaint should not be dismissed based on his false assertions in her IFP application. Plaintiff has failed to comply with the Court's Order. Accordingly,

IT IS THEREFORE ORDERED that Plaintiff's case is hereby DISMISSED.

Signed: February 14, 2013

Graham C. Mullen
United States District Judge